PONCE & GUAYAMA R. R. CO. *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of Ponce.

No. 2.—Decided June 26, 1908.

DISMISSAL OF APPEAL—TIME WITHIN WHICH SAME MAY BE TAKEN—CURABLE AND INCURABLE DEFECTS.—The time within which an appeal from a decision of the registrar of property may be taken is 20 days, and applies to curable defects or incurable defects, and where the appeal is taken after the expiration of that period, it must be dismissed.

The facts are stated in the opinion.

*Mr. José Tous Soto* for appellant.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The appeal in this case, taken by Attorney José Tous Soto in behalf of the Ponce & Guayama R. R. Co. from a decision of the Registrar of Property of Ponce, refusing to record an instrument relating to the sale of railroad franchises and other properties, has been duly considered.

As counsel for the appellant admits that the appeal was taken after the expiration of the period of 20 days allowed by the law therefor, and that any defect noted by the registrar is the same, inasmuch as the law does not distinguish between curable and incurable defects, it is held that the appeal taken by Attorney José Tous Soto in behalf of the Ponce & Guayama R. R. Co. cannot be decided, and the documents presented to the registrar are hereby ordered to be returned, together with a certified copy of this order, for the information of the parties in interest, and for such other purposes as may be proper in law.

*Dismissed.*

Chief Justice Quiñones and Justices Hernández, Figueras and Wolf concurred.